1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10

11   PHYLLIS WAYNE, an individual,        )   Case No.: CV12-3449-MMM (SSx)
                                          )
12              Plaintiff,                )   Assigned to Hon. Margaret M. Morrow
                                          )
13        v.                              )   [~~PROPOSED~~] ORDER GRANTING
                                          )   STIPULATED PROTECTIVE
14   THE MISS AMERICA ORGANIZATION,       )   ORDER
     a New Jersey non-profit corporation; and )
15   DOES 1-10, inclusive,                )        *All future discovery filings
                                          )         shall include the following
16              Defendants.               )         language on the cover page:
                                          )         "[Referred to Magistrate Judge
17   _____)         Suzanne H. Segal]"

18          Pursuant to the parties' Stipulated Protective Order filed with this Court on August

19   1, 2012, the Stipulated Protective Order is hereby GRANTED and APPROVED.

20

21          It Is So Ordered.

22   DATED:  August 3, 2012

23

24                                        By:  /S/
                                              _____
25                                            Hon. Suzanne H. Segal
                                              United States Magistrate Judge
26

27

28

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

NY1135291.1_206302-10002                                          [PROPOSED] ORDER