1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  PHYLLIS WAYNE, an individual, | ) Case No.: CV12-3449-MMM (SSx) |
| 12        Plaintiff, | ) Assigned to Hon. Margaret M. Morrow |
| 13        v. | ) **[PROPOSED] ORDER GRANTING** |
| 14  THE MISS AMERICA ORGANIZATION, | ) **STIPULATED PROTECTIVE** |
|     a New Jersey non-profit corporation; and | ) **ORDER** |
| 15  DOES 1-10, inclusive, | )  *All future discovery filings |
| 16        Defendants. | )   shall include the following |
|   | )   language on the cover page: |
|   | )   "[Referred to Magistrate Judge |
| 17 |     Suzanne H. Segal]" |

18    Pursuant to the parties' Stipulated Protective Order filed with this Court on August

19  1, 2012, the Stipulated Protective Order is hereby GRANTED and APPROVED.

20

21    It Is So Ordered.

22  DATED: August 3, 2012

23

24                                By: /S/
                                     Hon. Suzanne H. Segal
25                                   United States Magistrate Judge

26
27
28

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

NY1135291.1_206302-10002

[PROPOSED] ORDER